IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE LOVETT, <br>     ID # 241186, <br>         Plaintiff, <br><br> v. <br><br> KAUFMAN COUNTY JAIL, et al., <br>         Defendants. | § § § § § § § § § | No. 3:24-CV-2559-D |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, the court is dismissing this action without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court.

**SO ORDERED**.

September 30, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE